IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E.  VALLEY,

        Plaintiff,                  No. CIV S-05-0310 MCE KJM P

        vs.

DIRECTOR OF PRISONS, et al.,

        Defendants.

_____/        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $ 1.12 will be assessed by this order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments will be

1

1 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

2 account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

3          The complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28

4 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable

5 opportunity to prevail on the merits of this action.

6          In accordance with the above, IT IS HEREBY ORDERED that:

7          1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

8          2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.

9 Plaintiff is assessed an initial partial filing fee of $1.12.  All fees shall be collected and paid in

10 accordance with this court's order to the Director of the California Department of Corrections

11 filed concurrently herewith.

12          3.  Service is appropriate for the following defendants:   Woodford, Kernan,

13 Chairperson of Medical Health Care Review Committee of the Department of Corrections.

14          4.  The Clerk of the Court shall send plaintiff three USM-285 forms, one

15 summons, an instruction sheet and a copy of the complaint filed February 16, 2005.

16          5.  Within thirty days from the date of this order, plaintiff shall complete the

17 attached Notice of Submission of Documents and submit the following documents to the court:

18          a.  The completed Notice of Submission of Documents;

19          b.  One completed summons;

20          c.  One completed USM-285 form for each defendant listed in number 3

21          above; and

22          d.  Four copies of the endorsed complaint filed February 16, 2005.

23          6.  Plaintiff need not attempt service on defendants and need not request waiver of

24 service.  Upon receipt of the above-described documents, the court will direct the United States

25 /////

26

1  Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without

2  payment of costs.

3  DATED:  May 23, 2005.

4

5  _____
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  2
    vall0310.1new

25

26

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES E.  VALLEY,

11             Plaintiff,                          No. CIV-05-0310 MCE KJM P

12        vs.

13   DIRECTOR OF CORRECTIONS, et al.,          NOTICE OF SUBMISSION

14             Defendants.                           OF DOCUMENTS

15   _____/

16             Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18             _____          completed summons form

19             _____          completed USM-285 forms

20             _____          copies of the _____
                                            Complaint/Amended Complaint

21   DATED:

22

23                                          _____

24                                          Plaintiff

25

26