IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. VALLEY,

    Plaintiff,                    No. CIV S-05-0310 MCE KJM P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.              <u>ORDER</u>

                               /

           Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief under 42 U.S.C. § 1983.

           On December 13, 2005, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. Plaintiff did file a "declaration," purporting to contain the substance of his new allegations, but it is not in the form of a complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court based on the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915. Because plaintiff did not submit a proposed amended complaint in a form that lends itself to evaluation, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied without prejudice.

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's December 13, 2005
2  motion for leave to amend is denied.
3  DATED: December 28, 2005.

   _____
   UNITED STATES MAGISTRATE JUDGE

2
vall0310.10b