1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES E. VALLEY,

11          Plaintiff,                    No. CIV S-05-0310 MCE KJM P

12       vs.

13   DIRECTOR OF CORRECTIONS, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff

17   seeks relief under 42 U.S.C. § 1983.

18          On July 13, 2005, the court ordered the United States Marshal to serve the

19   complaint on defendants. Process directed to defendant Chairperson of Medical Health Care

20   Review Committee of the Department of Corrections was returned unserved because those

21   attempting service "need a physical address." Plaintiff must provide additional information to

22   serve this defendant. Plaintiff shall promptly seek such information through discovery, the

23   California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to

24   plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may

25   seek judicial intervention.

26   /////

                                                1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,
3 along with an instruction sheet and a copy of the complaint filed February 16, 2005;

4     2. Within sixty days from the date of this order, plaintiff shall complete and
5 submit the attached Notice of Submission of Documents to the court, with the following
6 documents:

7     a. One completed USM-285 form for defendant Chairperson of Medical
8     Health Care Review Committee for the Department of Corrections;

9     b. Two copies of the endorsed complaint filed February 16, 2005; and

10     c. One completed summons form (if not previously provided),
11 or plaintiff shall show good cause why he is not able to provide such information.

12 DATED: December 28, 2005.

                  UNITED STATES MAGISTRATE JUDGE

/mp
vall0310.8e

2

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CHARLES E. VALLEY,
11            Plaintiff,                    No. CIV S-05-0310 MCE KJM P
12       vs.
13   DIRECTOR OF CORRECTIONS, et al.,       NOTICE OF SUBMISSION
14            Defendants.                   OF DOCUMENTS
15   _____/
16            Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18            ___1___         completed summons form
19            ___1___         completed USM-285 forms
20            ___2___         copies of the February 16, 2005
                                          Complaint
21   DATED:
22
23
24                                          _____
                                            Plaintiff
25
26
```