IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. VALLEY,

       Plaintiff,                    No. CIV S-05-0310 MCE KJM P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

       Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On January 31, 2006, the court ordered the United States Marshal to serve the complaint on defendant. Process directed to defendants Renee Kanan was returned unserved because "unable to forward." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the complaint filed February 16, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Renee Kanan;

    b. Two copies of the endorsed complaint filed February 16, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: March 9, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
vall0310.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. VALLEY,

    Plaintiff,　　　　　　　　　　No. CIV S-05-0310 MCE KJM P

  vs.

DIRECTOR OF CORRECTIONS, et al.,　　NOTICE OF SUBMISSION

    Defendants.　　　　　　　　　　OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __0__　completed summons form

    __1__　completed USM-285 forms

    __2__　copies of the February 16, 2005 Complaint

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Plaintiff