1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES E. VALLEY,

11          Plaintiff,                    No. CIV S-05-0310 MCE KJM P

12       vs.

13   DIRECTOR OF PRISONS, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of

23   counsel will therefore be denied.

24   /////

25   /////

26   /////

1

1    Plaintiff has filed a reply to defendants' answer.  Rule 7 of the Federal Rules of

2    Civil Procedure provides as follows:

3    There shall be a complaint and an answer; a reply to a counterclaim
     denominated as such; an answer to a cross-claim, if the answer contains a
4    cross-claim; a third-party complaint, if a person who was not an original
     party is summoned under the provisions of Rule 14; and a third-party
5    answer, if a third-party complaint is served.  No other pleading shall be
     allowed, except that the court may order a reply to an answer or a third-
6    party answer.

7    Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants'

8    answer and declines to make such an order.  The response to the answer (doc. 49) is stricken.

9    Accordingly, IT IS HEREBY ORDERED that:

10   1.  Plaintiff's October 19, 2006 motion for the appointment of counsel is denied.

11   2.  Plaintiff's response to the answer (doc. 49) is stricken.

12   DATED:  November 3, 2006.

13   _____
     U.S. MAGISTRATE JUDGE

14

15   2/mp
     vall0310.31

16

17

18

19

20

21

22

23

24

25

26

2