IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. VALLEY,

    Plaintiff,                      No. CIV S-05-310 MCE KJM P

    vs.

DIRECTOR OF PRISONS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff has filed two requests for entry of default pursuant to Federal Rule of Civil Procedure 55(a). On October 6, 2006, defendants filed an answer.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 28 and October 5, 2006 requests for entry of default are denied.

DATED: December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

1