IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. VALLEY,<br><br>                              Plaintiff,<br><br>        v.<br><br>DIRECTOR OF PRISONS, et al.,<br><br>                              Defendants. | 2:05-cv-0310 MCE KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME** |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional thirty (30) days up to and including January 10, 2007, within which to file a response to Plaintiff's Interrogatories, Request For Production Of Documents and Request For Admissions.

Dated: December 12, 2006.

_____
U.S. MAGISTRATE JUDGE

Order

1