IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. VALLEY,

       Plaintiff,                  No. CIV S-05-0310 MCE KJM P

    vs.

DIRECTOR OF PRISONS, et al.,

       Defendants.           <u>ORDER</u>

                           /

        Defendants have requested an extension of time to file a motion for summary judgment pursuant to the court's order of October 11, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' April 6, 2007 request for an extension of time is granted; and

        2. The parties are granted thirty days from the date of this order in which to file and serve motions for summary judgment. Opposition to the motions are due within thirty days after the motions are filed; replies, if any, are due within fifteen days from the date the oppositions are filed.

/////

/////

/////

1

3. In light of the fact that dispositive motions will be filed, the remaining dates in the scheduling order of October 11, 2006, are hereby vacated, to be reset, if necessary, following the resolution of any motion for summary judgment.

DATED: May 17, 2007.

_____
U.S. MAGISTRATE JUDGE

2
vall0310.eot

2