IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. VALLEY, | No. 2:05-cv-00310-MCE-KJM-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DIRECTOR OF PRISONS, et al., | |
| Defendants. | |
| _____/ | |

On June 5, 2007, defendants filed a request for reconsideration of the magistrate judge's order filed May 24, 2007, granting plaintiff's request for production of documents from defendant Kernan. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 24, 2007, is affirmed.

///

///

///

1  Defendants are granted a period of sixty (60) days from the date of this order to obtain the
2  necessary staff to carry out the May 24, 2007 order.

3  Dated: June 7, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE