IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**CHARLES E. VALLEY,**

           Plaintiff,

    **v.**

**DIRECTOR OF PRISONS, et al.,**

           Defendants.

Case No.  2:05-cv-0310 MCE KJM P

**ORDER**

    Defendants have requested an extension of the deadline for the parties to file dispositive motions. Defendants previously requested an extension of time for them to file their motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that the new dispositive motion deadline is August 31, 2007. Oppositions to dispositive motions are due within thirty days after the motions are filed; and, replies are due within fifteen days after the oppositions are filed. All other dates in the scheduling order filed October 11, 2006 are vacated, to be reset as necessary.

DATED: June 20, 2007.

                                    U.S. MAGISTRATE JUDGE

Order

1