IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES EDWARD VALLEY,

    Plaintiff,                      No. CIV S-05-310 MCE KJM P

    vs.

DIRECTOR OF PRISONS, et al.,

    Defendant.                   <u>ORDER</u>

/

        Before defendants filed their answer and the court issued its scheduling order, plaintiff filed a motion for summary judgment. Plaintiff will be given the opportunity to file an amended motion for summary judgment, incorporating any materials received during discovery should he desire to do so.

        Plaintiff has also filed a request for entry of default, based on defendants' purported failure to comply with this court's order granting, in part, one of plaintiff's motions to compel discovery. Defendants have submitted information showing they have complied with their discovery obligation and plaintiff has not disputed this showing.

/////

/////

1

IT IS HEREBY ORDERED:

1. Plaintiff's motion for summary judgment (docket no. 40) is denied without prejudice to plaintiff's filing an amended motion for summary judgment. Should plaintiff desire to proceed on his original motion, he should so notify the court and that motion will be deemed to be renewed. Plaintiff's amended motion or notification that he wishes to proceed on the original motion should be filed within thirty days of the date of this order.

2. Plaintiff's motion for default (docket no. 76) is denied.

DATED: September 26, 2007.

_____
U.S. MAGISTRATE JUDGE

2 vall0310.msj