IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. VALLEY, | No. 2:05-cv-00310-MCE-KJM P |
| Plaintiff, | |
| vs. | ORDER |
| DIRECTOR OF PRISONS, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 14, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

///

///

///

1

1      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a de novo review of this case. Having carefully reviewed the entire file,
3 the court finds the findings and recommendations to be supported by the record and by proper
4 analysis.

5      Accordingly, IT IS HEREBY ORDERED that:

6      1. The findings and recommendations (docket no. 82), are adopted in full;

7      2. Plaintiff's motion for summary judgment (docket no. 40) is denied;

8      3. Defendant Woodford and Kanan's motion for summary judgment (docket no. 75) is
9 denied.

10      4. Defendant Kernan's motion for summary judgment (docket no. 75) is granted; and

11      5. Dates for the submission of pretrial statements, pretrial conference and trial shall be
12 set by separate order.

Dated: March 14, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE