IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. VALLEY,

        Plaintiff,                    No. CIV S-05-0310 MCE KJM P

   vs.

DIRECTOR OF PRISONS,

        Defendant.              <u>ORDER</u>

_____/

        The following schedule is set for this case:

        Plaintiff's pretrial statement and any motions to obtain the presence of incarcerated witnesses are due by June 27, 2008;

        Defendants' pretrial statement is due by July 11, 2008;

        Pretrial conference on the papers only will be held on July 25, 2008;

        Individual final pretrial statements are due by January 9, 2009;

        Jury trial is set before the Honorable Morrison C. England at 9:00 a.m., February 23, 2009, in Courtroom Seven.

        IT IS SO ORDERED.

DATED: May 29, 2008.

_____
U.S. MAGISTRATE JUDGE

2/vall1310.sch

1