UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES EDWARD VALLEY,                         No. 2:05-cv-0310-MCE-KJM

       Plaintiff,

  vs.

JEANNE WOODFORD, et. al.,

       Defendants.                                  <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. §1983. This case will be referred to Magistrate Judge Kimberly J. Mueller to conduct a settlement conference on May 26, 2010 at 1:30 p.m. in Courtroom #26. Plaintiff is to appear by video conference at the institution.

      A separate order and writ of habeas corpus ad testificandum will issue with this order.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. This case is set for a settlement conference before Magistrate Judge Kimberly J. Mueller on May 26, 2010, at 1:30 p.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #26.

      2. Parties shall appear with full settlement authority.

      3. The parties are to provide confidential settlement conference statements to

1

1 | Sujean Park, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento,
2 | California 95814, or via email to spark@caed.uscourts.gov, so they arrive no later than May 21,
3 | 2010.
4 |     4.  The Clerk of the Court is directed to serve a copy of this order on the Litigation
5 | Office at Pelican Bay State Prison via facsimile at (707) 465-9099.
6 | DATED: May 13, 2010.

_____
U.S. MAGISTRATE JUDGE