# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CHARLES EDWARD VALLEY,

        Plaintiff,                         No. 2:05-cv-0310-MCE-KJM

  vs.

JEANNE WOODFORD, et. al.,

                                **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.           **AD TESTIFICANDUM**

      /

      Charles Edward Valley, inmate # K-58889, a necessary and material witness in proceedings in this case on May 26, 2010, is confined in Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, California 95531, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kimberly J. Mueller to appear by video conference at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Wednesday, May 26, 2010 at 1:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kimberly J. Mueller; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Pelican Bay State Prison, P. O. Box 7000, Crescent City, California 95531:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Mueller by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Mueller.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 13, 2010.

                                                                            U.S. MAGISTRATE JUDGE

vall0310.841